Remit to:
Sandusky Register
314 W. Market Street
Sandusky, Ohio 44870

SUITE 550
400 GALLERIA OFFICENTRE
SOUTHFIELD MI 48034

Customer # 1259331
Cost of Advertisement: 325.60
Ad # 519409
Fed ID # 34-4346500

# Proof of Publication

I, Jodi Brown, do attest that I am the Classified Advertising Manager of the Sandusky Register, that said paper is a daily newspaper printed and has general circulation in Erie County, State of Ohio, and that the annexed advertisement was published in said paper on:

03/28/2017 04/04/2017 04/11/2017 04/18/2017
LEGAL NOTICE UNITED STAT

*Jodi Brown*

Subscribed in my presence and sworn to on April 18th, 2017

*Denise M. Martinez*
Notary Public, State of Ohio, Erie County

Denise M. Martinez
Notary Public, State of Ohio
My Commission Expires 10/27/2019

---

Legal Notice

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION
Bay Point Rentals LLC,
Case No. 17-mc-00003
Petitioner
NOTICE TO CLAIMANTS OF ACTION BROUGHT FOR EXONERATION FROM OR LIMITATION OF LIABILITY
NOTICE IS HEREBY GIVEN that Petitioner Bay Point Rentals LLC, as owner of the vessels involved in an incident which occurred on or about June 21, 2016, have filed a Petition claiming the right to exoneration from or limitation of liability pursuant to 46 U.S.C. 30501, et seq. and Supplemental Rule F of the Federal Rules of Civil Procedure. If granted, Petitioner would be entitled to exoneration from or limitation of liability from all claims for loss, injury, death, damage, or destruction relating to the jet ski collision between Kevin Sullivan and Joe Peterson on or about June 21, 2016. All persons, firms, corporations, and other entities having such claims must file them as prescribed by Supplemental Rule F of the Federal Rules of Civil Procedure by June 5, 2017. Such claims shall be timely filed with the Clerk of the United States District Court for the Northern District of Ohio, with a copy of such claims served on Petitioners attorneys: Gregory I. Thomas, Thomas, DeGrood & Witenoff, P.C., 400 Galleria Officentre, Suite 550, Southfield, MI 48034; and Robert J. Bahret, Bahret & Associates Co., LPA, 7131 Spring Meadows Road, Suite A, Holland, OH 43528.
Case: 3:17-mc-00003-JJH Doc #: 8 Filed: 03/15/17 1 of 2. PageID #: 37
Any claimant desiring to contest Petitioners rights to exoneration